# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ARCHANGEL DIAMOND CORP. | ) | Case No. 09-22621 HRT |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ARCHANGEL DIAMOND CORP. | ) | Adversary No. 09-1755 HRT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OAO LUKOIL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT, STAYING FURTHER PROCEEDINGS IN THE BANKRUPTCY COURT, AND VACATING HEARING**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on December 31, 2009, and the relevant responses and replies thereto, which shall be transmitted to the U.S. District Court for further action.

Currently pending before this Court are three other matters: (1) a Motion for Abstention (docket #10) and a Motion for Remand to State Court (docket #11), and the relevant responses and replies thereto; (2) a Motion for Declaratory Judgment (docket #20), and the relevant responses thereto; and (3) a Motion for Protective Order (docket #21), which has been set for hearing on Wednesday, February 10, 2010, at 2:30 p.m. in Courtroom B. The Court has determined that all pending matters should be stayed pending the U.S. District Court's determination of the Motion for Withdrawal of the Reference.

Accordingly it is

**ORDERED THAT** pursuant to D.C. COLO. L.R. CIV. 84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

**FURTHER ORDERED THAT** all proceedings in this Court, including (1) the Motion for Abstention (docket #10) and the Motion for Remand to State Court (docket #11), and the relevant responses and replies thereto; (2) the Motion for Declaratory Judgment (docket #20),

and the relevant response thereto; and (3) the Motion for Protective Order (docket #21), are STAYED pending further order of this Court. Pursuant to this Court's Local Bankruptcy Rule 7026-1, the discovery that is the subject of the Motion for Protective Order is stayed pending further order of the Court.

**FURTHER ORDERED THAT** the hearing set for Wednesday, February 10, 2010, at 2:30 p.m. in Courtroom B, is VACATED.

Dated: February 3, 2010

BY THE COURT:

_Howard Tallman_
United States Bankruptcy Court Judge