IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00229-CMA-BNB

In Re:

ARCHANGEL DIAMOND CORPORATION,

    Plaintiff,

v.

OAO LUKOIL,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on receipt of a letter filed by Plailntiff's counsel (Doc. # 9), filed March 15, 2010. Based on my past professional relationship with the law firm of Davis Graham & Stubbs, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: March __17__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge